No. 154. WONG YANG SUNG *v.* CLARK, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. McGrath, present Attorney General, substituted as a party respondent for Clark. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Jack Wasserman, Gaspare Cusumano* and *Thomas M. Cooley, II,* for petitioner. *Solicitor General Perlman* for respondents.